# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STEVEN A. GOLSON, :

      Petitioner,                                       Case No. 3:10-cv-369

                                                   District Judge Thomas M. Rose

      -vs-                                            :            Magistrate Judge Michael J. Newman

WARDEN, LEBANON
CORRECTIONAL INSTITUTION,

      Respondent. :

---

### ENTRY AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DOC. 10) IN ITS ENTIRETY; AND TERMINATING THE CASE

---

The Court has reviewed the June 1, 2012 Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, and following a *de novo* review, hereby **ADOPTS** said Report and Recommendation.

It is therefore **ORDERED** that Petitioner's petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**, and this case is **TERMINATED** on the Court's docket. Petitioner is **DENIED** leave to appeal *in forma pauperis* and any requested certificate of appealability.

July 2
~~June~~ ___, 2012

                                                           Thomas M. Rose
                                                           United States District Judge